UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

GARY DALE DUNN,              )
                             )
         Plaintiff,          )
                             )
    v.                       )    No. 4:17-cv-2325-JAR
                             )
ZACHARY JACOBSON, et al.,    )
                             )
         Defendants.         )

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the file. Plaintiff commenced this civil action on August 28, 2017 by filing a complaint in this Court. He sought and was granted leave to proceed *in forma pauperis*, and the Court reviewed his complaint pursuant to 28 U.S.C. § 1915(e). The Court noted that the complaint was subject to dismissal, and directed plaintiff to submit an amended complaint. When plaintiff did not timely respond, the Court, in recognition of plaintiff's *pro se* status, *sua sponte* gave him additional time to do so. Plaintiff subsequently filed an amended complaint, but he failed to sign it as required by Rule 11 of the Federal Rules of Civil Procedure. In an order dated April 3, 2018, the Court directed plaintiff to sign the amended complaint and return it to the Court.

Plaintiff's response was due to the Court on May 3, 2018. To date, however, he has neither complied with the Court's April 3, 2018 order, nor sought additional time to do so. However, the Court notes that, in this case and in *Dunn v. Jacobson, et al.*, Case No. 4:17-cv-2567-JAR (E.D. Mo. Apr. 19, 2018), it appears plaintiff has made some effort to file a complaint to allege he was wrongfully denied medical treatment. Therefore, the Court will give plaintiff one last chance to file a signed amended complaint for the Court's review and consideration.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall file a signed amended complaint within thirty (30) days of the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to plaintiff a copy of this Court's prisoner civil rights complaint.

**Plaintiff's failure to timely comply with this Order shall result in the dismissal of this case, without prejudice and without further notice.**

Dated this 14th day of May, 2018.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE